JRO:CLI:co 24004 \pleading\24004Stip

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN NOVOTNY :
:
VS. : C.A. NO.: 04-446T
:
HUNTRESS, INC. :

**DISMISSAL STIPULATION**

In the above-entitled matter, it is hereby agreed that the plaintiff's complaint is hereby dismissed, with prejudice, no interest and no costs.

Merlyn P. O'Keefe, Esq. #2439
**Attorney for plaintiff**
PACKER & O'KEEFE
1220 Kingstown Road
Peace Dale, RI 02879
PHONE: (401) 789-4850
FAX: (401) 782-4210

Enter
Ernest C. Torres

J. Renn Olenn, Esq. #0623
**Attorney for defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATE: 6/2/05